PROB 12C
(6/16)

Report Date:  August 14, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesus Antonio Ortiz-Gonzales          Case Number: 0980 2:17CR00165-RMP-1

Address of Offender:                                  Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: July 2, 2018

Original Offense:        Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:       Prison - 18 months;          Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Allyson Edwards              Date Supervision Commenced: April 12, 2019

Defense Attorney:        John Barto McEntire, IV.     Date Supervision Expires: April 11, 2022

---

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #12**: If this judgment imposes restitution, a fine, or special assessment, it is a condition of supervised release that you pay in accordance with the Schedule of Payments sheet of this judgment. You shall notify the probation officer of any material change in your economic circumstances that might affect your ability to pay any unpaid amount of restitution, fine, or special assessment. |

**Supporting Evidence**: Mr. Ortiz-Gonzales is alleged to have failed to make a payment as directed per the payment agreement as of August 13, 2019.

On April 15, 2019, supervised release conditions were reviewed and signed by Mr. Ortiz-Gonzales acknowledging his understanding of standard condition number 12, which requires him to pay his Court ordered special assessment.

On April 24, 2019, supervised release conditions were again reviewed and signed by Mr. Ortiz-Gonzales acknowledging his understanding of his supervised release conditions.

Prob12C
**Re: Ortiz-Gonzales, Jesus Antonio**
**August 14, 2019**
**Page 2**

On April 24, 2019, Mr. Ortiz-Gonzales signed the payment agreement form agreeing to start making payments in the amount $25 towards his Court ordered special assessment of $100 within the first week of June 2019.  As of August 13, 2019, Mr. Ortiz-Gonzales has failed to make a payment as directed.

2       **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Ortiz-Gonzales is alleged to have failed to report to the probation office as directed within the first week of the month of August 2019.

On April 15, 2019, supervised release conditions were reviewed and signed by Mr. Ortiz-Gonzales acknowledging his understanding of standard condition number 2, which requires him to report as instructed.

On April 24, 2019, supervised release conditions were again reviewed and signed by Mr. Ortiz-Gonzales acknowledging his understanding of his supervised release conditions.

On this same date, Mr. Ortiz-Gonzales was instructed to report to the probation office within the first week of each month.  Mr. Ortiz-Gonzales last reported to the probation office on July 3, 2019.  As of August 13, 2019, Mr. Ortiz-Gonzales has failed to report as instructed by his probation officer.

3       **Standard Condition #5**: You must live at a place approved by the probation officer.  If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change.  If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Ortiz-Gonzales is alleged to have failed to report a change of address as of August 13, 2019.

On April 15, 2019, supervised release conditions were reviewed and signed by Mr. Ortiz-Gonzales acknowledging his understanding of standard condition number 5, which requires him to notify his probation officer of any change his living arrangements.

On April 24, 2019, supervised release conditions were again reviewed and signed by Mr. Ortiz-Gonzales acknowledging his understanding of his supervised release conditions.

On August 8, 2019, this officer made an attempt to visit Mr. Ortiz-Gonzales at his reported address of 515 South 10th Street, Yakima, Washington.  During this visit, it was reported by Mr. Ortiz-Gonzales' sister that he was no longer residing at this address and had not been there for nearly a month.  She further reported Mr. Ortiz-Gonzales may be residing in the Quincy, Washington, area.  Mr. Ortiz-Gonzales failed to report a change of address as of August 13, 2019.

4       **Standard Condition #4**: You must be truthful when responding to the questions asked by your probation officer.

**Prob12C**
**Re: Ortiz-Gonzales, Jesus Antonio**
**August 14, 2019**
**Page 3**

**Supporting Evidence**: Mr. Ortiz-Gonzales is alleged to have failed to be truthful regarding his employment status as of August 13, 2019.

On April 15, 2019, supervised release conditions were reviewed and signed by Mr. Ortiz-Gonzales acknowledging his understanding of standard condition number 4, which requires him to be truthful when responding to a probation officer.

On April 24, 2019, supervised release conditions were again reviewed and signed by Mr. Ortiz-Gonzales acknowledging his understanding of his supervised release conditions.

On June 5, 2019, Mr. Ortiz-Gonzales reported to the probation office and submitted a monthly report form which noted that he was working for Borton Fruit in Yakima, Washington, as a field worker.  On July 3, 2019, Mr. Ortiz-Gonzales again reported as directed and indicated he continued to work for Borton Fruit.  On August 13, 2019, this officer called Borton Fruit and spoke with payroll personnel who advised they did not have a record of Mr. Ortiz-Gonzales working for their farm using his name or his reported social security number.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     August 14, 2019

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

08/14/2019

Date