Report Date: January 28, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesus Antonio Ortiz-Gonzales     Case Number: 0980 2:17CR00165-RMP-1

Address of Offender:              Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: July 2, 2018

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| Original Sentence: | Prison - 18 months     Type of Supervision: Supervised Release <br> TSR - 36 months |
| Asst. U.S. Attorney: | Michael James Austen Ellis     Date Supervision Commenced: April 12, 2019 |
| Defense Attorney: | John Barto McEntire, IV     Date Supervision Expires: April 11, 2022 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 08/14/2019.

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers). <br><br> **Supporting Evidence**: Mr. Ortiz-Gonzales is alleged to have been in possession of ammunition on December 21, 2019. <br><br> On April 15, 2019, supervised release conditions were reviewed and signed by Mr. Ortiz-Gonzales acknowledging his understanding of standard condition number 10, as noted above. Also, on April 15, 2019, Mr. Ortiz-Gonzales signed notice of firearms disabilities and was advised that under the provision of 18 U.S.C. § 922(g)(1), as a person under sentence, he is prohibited from possessing ammunition. <br><br> According to the Quincy Police Department (QPD) narratives for incident 19QU3211, the following occurred: On December 21, 2019, Mr. Ortiz-Gonzales was arrested by QPD on previously issued warrants. Prior to Mr. Ortiz-Gonzales being transported to Grant County |

Jail, QPD conducted a search of Mr. Ortiz-Gonzales' person. QPD found a .380 caliber bullet in Mr. Ortiz-Gonzales' right-side coat pocket. Mr. Ortiz-Gonzales stated he found the bullet while he was fishing and was going to make a necklace out of it. He also admitted he was prohibited from having ammunition because he was on probation.

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court. Mr. Ortiz-Gonzales is scheduled to appear before the Court for a supervised release revocation hearing on February 4, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 28, 2020

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

1/31/2020
Date