PROB 12C
(6/16)

Report Date: March 3, 2020

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**Mar 03, 2020**

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesus Antonio Ortiz-Gonzales    Case Number: 0980 2:17CR00165-RMP-1

Address of Offender:                    Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: July 2, 2018

Original Offense:    Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:    Prison - 18 months            Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:   Michael James Austen Ellis    Date Supervision Commenced: April 12, 2019

Defense Attorney:      John Barto McEntire, IV       Date Supervision Expires: April 11, 2022

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on August 14, 2019 and January 28, 2020.

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Ortiz-Gonzales is alleged to have violated mandatory condition number 1 by being a felon in possession of ammunition, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), on or about December 21, 2019.<br><br>On April 15, 2019, supervised release conditions were reviewed and signed by Mr. Ortiz-Gonzales, acknowledging his understanding of mandatory condition number 1, as noted above. Also, on April 15, 2019, Mr. Ortiz-Gonzales signed notice of firearms disabilities and was advised that under the provision of 18 U.S.C. § 922(g)(1), as a person under sentence, he is prohibited from possessing ammunition.<br><br>According to the indictment for Case 2:20-cr-00028-RMP-1 the following occurred: "On or about December 21, 2019, in the Eastern District of Washington, Mr. Ortiz-Gonzales, knowing of his status as person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly posses, in and affected commerce, ammunition, to wit: one round of .380 caliber ammunition, bearing the head-stamp "380 |

Prob12C
**Re: Ortiz-Gonzales, Jesus Antonio**
**March 3, 2020**
**Page 2**

AUTO FIOCCHI USA," which ammunition having been shipped and transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2)."

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 3, 2020

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

3/3/2020
Date