PROB 12D
(6/05)

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 19, 2020

SEAN F. McAVOY, CLERK

## Request for Summons and Modification of the Conditions or Term of Supervision

| | |
|---|---|
| Name of Offender: Jesus Antonio Ortiz-Gonzales | Case Number: 0980 2:17CR00165-RMP-1 |
| Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge | |
| Date of Original Sentence: July 2, 2018 | Type of Supervision: Supervised Release |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | Date Supervision Commenced: April 12, 2019 |
| Original Sentence: Prison - 18 M; TSR - 36 M | Date Supervision Expires: April 11, 2022 |

### PETITIONING THE COURT

The offender, without having waived a hearing, the probation officer requests that a summons be issued and hearing held to modify the conditions of supervision as follows:

4   **Special Condition Number 4**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

### CAUSE

The probation officer believes that the action requested above is necessary for the following reasons:

On April 12, 2019, Jesus Antonio Ortiz-Gonzales began his term of supervised release. A warrant was subsequently issued due to noncompliant behaviors on August 14, 2019.

On December 21, 2019, Mr. Ortiz-Gonzales was arrested on outstanding warrants. During his arrest officers found a .380 caliber bullet in the right-side of his coat pocket.

Mr. Ortiz-Gonzales made his initial appearance before the Honorable John T. Rodgers, U.S. Magistrate Judge, on January 22, 2020, on the supervised release violations. He was remanded to custody pending his violation hearing set before the Court on February 4, 2020.

A supplemental violation report was filed with the Court on January 28, 2020, outlining Mr. Ortiz-Gonzales' possession of the ammunition. This violation was incorporated with the previous alleged violations.

On February 19, 2020, Jesus Antonio Ortiz-Gonzales was indicted in the Eastern District of Washington, charging him with Felon in Possession of Ammunition, in violation 18 U.S.C. §§ 922(g)(1) and 924(a)(2), under docket number 2:20CR00028-RMP-1.

Prob 12D
**Re: Ortiz-Gonzales, Jesus Antonio**
**June 18, 2020**
**Page 2**

Mr. Ortiz-Gonzales appeared on February 21, 2020, for arraignment on the new indictment. The defendant consented to pretrial detention at the arraignment. The indictment lead to a third violation report dated March 3, 2020. It was incorporated with previously alleged violations.

On April 13, 2020, the Court released Mr. Ortiz-Gonzales from custody and placed him on pretrial supervision with the standard conditions of supervision in addition to electronic monitoring on global positioning system (GPS).

Mr. Ortiz-Gonzales initially stayed in Yakima, Washington; however, this placement was short lived. On or about April 16, 2020, Mr. Ortiz-Gonzales was able to secure a residence at a trailer park near Ephrata, Washington. He remained there until he had to vacate the cabin he was living in, due to an insect issue. Mr. Ortiz-Gonzales then moved into a motel in Ephrata.

On or about May 26, 2020, Mr. Ortiz-Gonzales began experiencing financial issues and advised he could no longer stay at the motel. He worked with his attorney and determined it would be better for him to move to Spokane, Washington, rather than move back to Yakima or Moses Lake, Washington.

At this time, this officer discussed the option of signing a condition modification to allow Mr. Ortiz-Gonzales to stay at the residential reentry center (RRC) in Spokane, for up to 180 days. Mr. Ortiz-Gonzales stated he did not believe this would be a good plan because he was concerned that if the staff at the facility were to tell him something he did not like or agree with, it could lead to problems or further violations.

On May 27, 2020, Mr. Ortiz-Gonzales' attorney obtained a bus ticket for him to travel to Spokane. However, Mr. Ortiz-Gonzales missed the bus and instead returned to the motel in Ephrata. He was able to gather enough money to remain at the motel until June 16, 2020, at which point he became homeless.

Mr. Otriz-Gonzales' attorney arranged for him to be transported to Spokane on June 16, 2020. Mr. Ortiz-Gonzales is currently residing at a homeless shelter at the Spokane Arena. It is not clear what the long-term plan will be, and this officer is concerned Mr. Ortiz-Gonzales will continue to find himself homeless.

This officer believes placement at the Spokane RRC for a period of up to 180 days offers Mr. Ortiz-Gonzales the best opportunity to succeed in the community.

I declare under penalty of perjury that the foregoing is true and correct.

by    s/Stephen Krous

Stephen Krous
U.S. Probation Officer
Date: June 18, 2020

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

6/19/2020
Date