# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Ortiz-Gonzales, Jesus Antonio | Docket No. | 0980 2:20CR00028-RMP-1 |
| | | | 0980 2:17CR00165-RMP-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Chris Heinen, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jesus Antonio Ortiz-Gonzales, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge, John T. Rodgers, sitting in the Court at Spokane, Washington, on the 13th day of April 2020, under the following conditions:

**Additional Condition #28**: Defendant shall be restricted to his residence every day from 7:00 p.m. to 7:00 a.m.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Jesus Antonio Ortiz-Gonzales is alleged to have previously departed the Spokane Residential Reentry (RRC), where he is currently residing, on August 3, 2020, at 5:14 a.m., in violation of his court ordered curfew.

On April 14, 2020, the conditions of pretrial release supervision were reviewed with Mr. Ortiz-Gonzales. He acknowledged an understanding of his conditions, which included additional condition number 28.

On August 3, 2020, an alert was received from the contract location monitoring provider noting the client's unscheduled and unapproved departure from his current assigned residence at the Spokane RRC. Mr. Ortiz-Gonzales was contacted telephonically by U.S. probation officer Dan Manning at which time the client advised that he had been given permission to leave the facility by RRC staff, noting recent secured employment. Mr. Ortiz-Gonzales was advised that only the assigned officer, with the approval of the Court, could approve a change to his ordered curfew and he stated his understanding.

On August 3, 2020, the undersigned officer contacted both Mr. Ortiz-Gonzales, as well as Spokane RRC staff, in response to the identified concern. Mr. Ortiz-Gonzales again confirmed that RRC staff had given him approval to leave early given his recent secured employment and the need to depart prior to 7 a.m. to arrive on time for his shift, despite his statement to them that he was subject to a court ordered curfew. Mr. Ortiz-Gonzales advised that staff responded, indicating that they would notify the assigned officer of their approval. The undersigned officer was subsequently able to contact the social service coordinator at the Spokane RRC who had assisted the client in securing employment and confirmed that staff had given the client permission to depart early from the facility. Further discussion revealed that the specific party was unfamiliar with the client's court ordered conditions of pre-trial release. The party was fully informed as to Mr. Ortiz-Gonzales' limitations, although did confirm the client's receipt of full time employment effective Monday, August 3, 2020.

Mr. Ortiz-Gonzales was again contacted telephonically and reprimanded for his conduct despite the afforded approval from RRC staff. Mr. Ortiz-Gonzales was reminded that his need to abide by his ordered curfew was his responsibility and he stated his understanding. Mr. Ortiz-Gonzales advised that similar conduct would not occur again, and stated that a full review of the Court's ordered conditions, to include his ordered curfew, was not necessary.

PS-8

**Re: Ortiz-Gonzales, Jesus Antonio**
**August 6, 2020**
**Page 2**

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    August 6, 2020

by    s/Chris Heinen

Chris Heinen
U.S. Pretrial Services Officer

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

August 7, 2020
Date