UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 10, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Ortiz-Gonzales, Jesus Antonio | Docket No. | 0980 2:20CR00028-RMP-1 |
|---|---|---|---|
| | | | 0980 2:17CR00165-RMP-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Chris Heinen, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jesus Antonio Ortiz-Gonzales, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 13th day of April 2020, under the following conditions:

**Additional Condition #28**: Defendant shall be restricted to his residence every day from 7 p.m. to 7 a.m.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Jesus Antonio Ortiz-Gonzales is alleged to have violated condition number 28 of his pretrial supervision by returning to his current residence at the Spokane Residential Reentry (RRC), on September 4, 2020, at 8:14 p.m., in violation of his court ordered curfew.

On April 14, 2020, the conditions of pretrial release supervision were reviewed with Mr. Ortiz-Gonzales. He acknowledged an understanding of his conditions, which included additional condition number 28.

On September 4, 2020, an alert was received from the contract location monitoring provider noting the client's failure to arrive back at his assigned residence prior to 7 p.m. as required by the client's current Court ordered curfew. Mr. Ortiz-Gonzales was contacted telephonically by U.S. Probation Officer Arturo Santana at which time the client advised he had forgotten and was now on his way back to the residence.

On September 8, 2020, the undersigned officer contacted Mr. Ortiz-Gonzales in response to the identified concern. Mr. Ortiz-Gonzales advised that he and his current employer were working in the hills surrounding Spokane on the day in question and that a current work project had run beyond their originally scheduled time frames. Mr. Ortiz-Gonzales advised that both he and his employer had lost track of time until they were advised of his failure to return to the Spokane RRC by Officer Santana. Mr. Ortiz-Gonzales apologized for the conduct and noted he was instead focused on their current job and experiencing some recent stress as he indicated he had recently been made aware by his assigned federal defender about the possible sentence that could be imposed given his pending charge as a result of his recent alleged possession of ammunition. Mr. Ortiz-Gonzales noted that he returned to the Spokane RRC as soon as he was able to do so following the received notification by Officer Santana. Mr. Ortiz-Gonzales' employer was subsequently contacted and he provided a similar statement and offered to accept responsibility for the client's conduct, noting that he too had lost track of time. The contact described the client as a "hell of a worker" and further advised his landscaping company could likely not survive without the client.

Mr. Ortiz-Gonzales was reminded that his need to abide by his ordered curfew was his responsibility and he stated his understanding. Mr. Ortiz-Gonzales was advised that further misconduct would be reported to the Court for action, as this is now his second reported violation during the current ordered term of location monitoring, and he stated his understanding.

PS-8
**Re: Ortiz-Gonzales, Jesus Antonio**
September 10, 2020
Page 2

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: September 10, 2020 |
| by | s/Chris Heinen |
|  | Chris Heinen<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

September 10, 2020
Date