FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ANTONIO ORTIZ-GONZALES,<br><br>Defendant. | No. 2:17-CR-00165-RMP-1<br><br>ORDER GRANTING DEFENDANT'S EXPEDITED MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTIONS GRANTED**<br>   **(ECF No. 124, 125)** |

Before the Court is Defendant's Expedited Motion to Modify Conditions of Release, **ECF Nos. 124, 125**. Defendant recites in his motion that neither the United States nor U.S. Probation oppose this request.

Specifically, Defendant is requesting to modify his curfew to comport with his work schedule.

The Court finding good cause, **IT IS ORDERED** Defendant's Expedited Motion, **ECF No. 124, 125,** is **GRANTED**. Defendant's curfew is modified from 7:00 p.m. to 9:30 p.m. on workdays only.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED November 18, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1