PROB 12C
(6/16)

Report Date: January 20, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 20, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesus Antonio Ortiz-Gonzales     Case Number: 0980 2:17CR00165-RMP-1

Address of Offender:     Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: July 2, 2018

Original Offense: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence: Prison - 18 Months;         Type of Supervision: Supervised Release
TSR - 36 Months

Asst. U.S. Attorney: Michael James Austin Ellis     Date Supervision Commenced: April 12, 2019

Defense Attorney: John Barto McEntire, IV     Date Supervision Expires: April 11, 2022

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/14/2019, 01/28/2020, and 03/03/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |

**Supporting Evidence**: Mr. Jesus Ortiz-Gonzales is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about January 1, 2021, based on the client's admission of such use.

On April 15, 2019, supervised release conditions were reviewed and signed by Mr. Ortiz-Gonzales, acknowledging his understanding of mandatory condition number 3, as noted above.

Specifically, on January 14, 2021, the undersigned officer received a text message from the client noting he had an emergency and requested a return call from the undersigned officer. Upon returning the client's message, the client noted that he was being terminated from his current housing provider effective that date due to allegations he was selling illicit substances. The client's then housing manager was subsequently contacted who confirmed the statement and who noted that several current residents, as well as other residents from an

Prob12C
Re: Ortiz-Gonzales, Jesus Antonio
January 20, 2021
Page 2

altogether different community-based housing provider, had identified the client as the reason for their recent relapses while in the community. The provider further noted that the client himself had additionally and previously admitted to ingesting methamphetamine a few weeks prior.

Mr. Ortiz-Gonzales again contacted the undersigned officer following the call with the provider, and confirmed he had in fact ingested methamphetamine on or about January 1, 2021, but he noted that it had only occurred on one occasion. Mr. Ortiz-Gonzales cited current stress and anxiety caused by his upcoming Court date, but noted he could cease his use of the substance. Mr. Ortiz-Gonzales adamantly denied that he was selling illicit substances, and indicated he would be foolish to even consider such a venture given his upcoming Court hearing before Your Honor.

Mr. Ortiz-Gonzales was reminded that his need to abide by his ordered conditions was his responsibility and he stated his understanding. Mr. Ortiz-Gonzales was advised that further misconduct could be reported to the Court for action, as this is now his fourth reported violation during the current ordered term of pre-trial release and his seventh alleged violation relative to his current term of supervised release, and he stated his understanding.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 20, 2021

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

1/20/2021

Date